# IN IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| WHIRLPOOL CORPORATION, § § *Plaintiff*, § § v. § § YIHANGGOU TRADING CO., LTD., § MIDDLE BRIDGE LTD., NINGBO § PUREZA TECHNOLOGY, LLC, DA § TOUXIANG TECHNOLOGY CO., LTD., § MELEDO COMPANY LIMITED, MT. § PURITY, LIAMS LITTLE SHOP OF § FILTERS, and CHATR TECHNOLOGY, § LLC, § *Defendants*. § | Case No. 2:20-cv-00341-JRG-RSP |

## ORDER

Plaintiff Whirlpool Corporation previously filed two motions: (1) the Motion for Default Judgment and Permanent Injunction Against Defendants Middle Bridge Ltd.; Ningbo Pureza Technology, LLC; Meledo Company Limited; and Mt. Purity (Dkt. No. 19) and (2) the Motion for Default Judgment and Permanent Injunction Against Chatr Technology, LLC; Liam's Little Shop of Filters; YiHangGou Trading Co; and Da Touxiang Technology Co., Ltd. (Dkt. No. 35) (collectively, the "Motions"). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 39), recommending entry of default judgment containing a permanent injunction against all Defendants. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, after *de novo* review, the Report and Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Plaintiff's Motions (Dkt. Nos. 19, 35) are **GRANTED**. The permanent injunction as set forth in the Report and Recommendation will be entered.

**So ORDERED and SIGNED this 22nd day of December, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE